IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
     v.                      ) Criminal No. 08-373
                             )
STEVEN JOHN KIMAK,           )
     Defendant.              )
```

## ORDER

AND NOW, this 20th day of January, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 13, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, January 29, 2010 at 11:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Gregory C. Melucci,
      Assistant United States Attorney

      James F. Donohue, Esquire
      101 East Diamond Street
      Suite 214
      Butler, PA 16001

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation