IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. CRIM 08-373 |
| | ) | |
| **STEVEN JOHN KIMAK** | ) | |

### ORDER OF COURT



**AND NOW**, this __7__ day of January 2011, upon consideration of the Nunc Pro Tunc Motion of Attorney James F. Donohue requesting permission to file a request for payment of attorney's fees, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said request is granted. Accordingly, Attorney James F. Donohue is permitted to file a CJA-20 and supporting documentation for payment in the above captioned case. The above-referenced documents shall be submitted to the Clerk of Courts Finance Office by January 21, 2011.

BY THE COURT,

_____
J.